IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |
|---|---|
| JEAN PERRY,<br><br>      Plaintiff,<br><br>   v.<br><br>BSC TRUCKING, INC; SOUTHERN INSURANCE COMPANY; and STANLEY E. THOMAS,<br><br>      Defendants. | CIVIL ACTION NO.: 4:22-cv-025 |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal With Prejudice," in which "Plaintiff Jean Perry and Defendant [sic] BSC Trucking and Stanley E. Thomas" state that they have "reached a confidential compromise settlement of their claims," and "stipulate to the Dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [sic]."  (Doc. 36.)  The Joint Stipulation, however, makes no reference whatsoever to Defendant Southern Insurance Company or Plaintiff's claim against that entity, (see doc. 1, p. 12). (Doc. 36.)  Indeed, despite the fact that Defendants—including Southern Insurance Company—have filed an Answer, (doc. 11), the Joint Motion does not make clear whether Defendant Southern Insurance Company stipulates, as it must, to the dismissal of the claims against its co-Defendants, (see doc. 36).  See Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Court **DENIES WITHOUT PREJUDICE** the "Joint Stipulation of Dismissal With Prejudice," (doc. 36).  The parties are **DIRECTED**, within fourteen (14) days

of the date of this Order, to file either a stipulation that comports with Federal Rule of Civil Procedure 41(a)(1)(A) or a motion pursuant to Rule 41(a)(2).

**SO ORDERED**, this 21st day of November, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA