IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEAN PERRY,<br><br>    Plaintiff,<br><br>  v.<br><br>BSC TRUCKING, INC; SOUTHERN INSURANCE COMPANY; and STANLEY E. THOMAS,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-025 |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal With Prejudice" signed and filed by counsel for Plaintiff and counsel for all Defendants on November 22, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, with each party to bear its own fees and costs.  (Doc. 38.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 28th day of November, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA